UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVNEET MOHINDRU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UR M. JADDOU,<br><br>    Defendant. | Case No. 4:22-cv-03541-KAW<br><br>**ORDER DENYING MOTION TO EXPEDITE DISCOVERY**<br><br>Re: Dkt. Nos. 9, 10 |

On July 8, 2022, Plaintiffs filed a motion to expedite discovery, which has a hearing date of August 18, 2022. (Dkt. No. 10.) Defendant has not been served, so, on July 11, 2022, the Clerk of Court issued a notice instructing Plaintiffs to renotice the motion and include a proof of service to Defendant. (Dkt. No. 10.) To date, Plaintiffs have not done so. Moreover, no certificate of service has been filed for this lawsuit, despite summons being issued on June 16, 2022.

Accordingly, the Court DENIES the motion to expedite, because Defendant has not been served.

IT IS SO ORDERED.

Dated: August 4, 2022

                                              KANDIS A. WESTMORE<br>
                                              United States Magistrate Judge